UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GARY SEBASTIAN BROWN III,

               Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

               Defendants.

Case No. 6:20-CV-01734-MC

ORDER TO REFUND
FILING FEE

    A financial review of this case disclosed that the Oregon Department of Corrections remitted $46.68 more than the required $350.00 civil filing fee. Accordingly, the Clerk of Court is directed to refund $46.68 to Gary Sebastian Brown III and mailed to his current address at 3760 Market St. NE, No.151, Salem, OR. 97301.

    IT IS SO ORDERED.

    DATED this 30th day of November, 2022.

                                     MICHAEL J. MCSHANE
                                     UNITED STATES DISTRICT JUDGE